Form ntcfil13trfnlrpt

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

| | | |
|---|---|---|
| In Re: | Raymond Kirk Robinson<br>656 CR 3120<br>Quitman, TX 75783<br>xxx−xx−9275 | Bankruptcy Case No.:  05−62824<br>Chapter: 13 |
| | Debtor(s) | |

**NOTICE OF FILING OF FINAL REPORT AND ACCOUNT**

NOTICE IS HEREBY GIVEN that the "Trustee's Final Report and Account" has been filed with the Court by the Chapter 13 Trustee, in the case referenced above.

The Trustee's Final Report and Account is available for public inspection using a public computer terminal at any of the following divisional offices of the United States Bankruptcy Clerk:

| | | |
|---|---|---|
| Plaza Tower<br>110 N. College Avenue, 9th Floor<br>Tyler, Texas | Wells Fargo Bank Building<br>660 N. Central Expressway, 3rd Floor<br>Plano, Texas | Jack Brooks Federal Building<br>300 Willow Street, 1st Floor<br>Beaumont, Texas |

The Trustee's Final Report and Account also may be viewed at the website of the Chapter 13 Trustee. To view the document, go to [www.ch13tyler.com (for John Talton) or www.13network.com/trustees/pla/plahome.asp (for Janna Countryman)] and then click the hyperlink entitled "Final Reports" or "Trustee's Final Reports". Enter the case number. There is no charge to view, print or download this document from this website. (The Trustee's Final Report is also available through the Court's own PACER system, though at the required price of eight cents per page.)

No hearing will be conducted on any aspect of the Trustee's Final Report unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the Chapter 13 Trustee at the address given in the Trustee's Final Report **within thirty (30) days from date of this notice**. If no objection is timely served and filed, the court may consider and approve the trustee's final report without the necessity of a hearing.

If a written objection is filed, then a hearing shall be scheduled and you will be notified.

| | |
|---|---|
| DATE: 4/20/11 | Jeanne Henderson,<br>Clerk U.S. Bankruptcy Court<br>Eastern District of Texas |

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                        Case No. 05-62824-bp
Raymond Kirk Robinson                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-6          User: handv             Page 1 of 2              Date Rcvd: Apr 20, 2011
                              Form ID: 810            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2011.
```
db          +Raymond Kirk Robinson,    656 CR 3120,    Quitman, TX 75783-5127
aty         +George Simms Lemon, Jr.,    209 East Broadway,    P. O. Box 468,    Winnsboro, TX 75494-0468
cr          +EMC Mortgage,    P O Box 829009,    Dallas, Tx 75382-9009
cr          +EMC Mortgage Corporation,    909 Hidden Ridge Drive, Ste. 200,    Irving, TX 75038-3826
cr          +First National Bank of Emory,    c/o Steve K. Rutherford,    PO Box 657,
              Sulphur Springs, TX 75483-0657
4422784     +AT&T Universal,    PO Box 44167,    Jacksonville, FL 32231-4167
4422785     +AT&T Universal,    PO Box 6912,    The Lakes, NV 88901-6912
4422786     +Atty. Gen of Texas,    Tax Div Bankruptcy,    Box 12548 Capitol Station,    Austin, Texas 78711-2548
4422787     +Bureau of Collection Recovery,    7575 Corporate Way,    Eden Prairie, MN 55344-2000
4474007    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK,    C/O TSYS DEBT MGMT,    PO BOX 5155,
              NORCROSS, GA 30091)
4422789    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    PO Box 85015,    Richmond, VA 23285)
4422790     +CCS,    Pament Processing Cntr,    PO Box 55126,    Boston, MA 02205-5126
4422793    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court: Chase,    PO Box 52195,    Phoenix, AZ 85072)
4422788     +Capital One,    PO Box 60000,    Seattle, WA 98190-6000
4422791     +Cellular One,    PO Box 79128,    Phoenix, AZ 85062-9128
4422792     +Chase,    100 Duffy Ave.,    Hicksville, NY 11801-3636
4422794     +Chase Manhattan,    721 N Pines Rd,    Spokane Valley, WA 99206-4955
4422795     +Citibank,    89 Engle,    Englewood, NJ 07631-2904
4422796     +Citibank Universal,    89 Engle,    Englewood, NJ 07631-2904
4422798     +First National Bank,    PO Box 67,    Emory, Texas 75440-0067
4474442     +First National Bank of Emory,    Steve Rutherford,    PO Box 657,    Sulphur Springs, TX 75483-0657
4422799     +Fitness Quest,    1626 Locust Ave,    Bohemia, NY 11716-2159
4422802     +GTWY/CBUSA,    PO Box 9714,    Gray, TN 37615-9714
4422800     +Gateway,    PO Box 8181,    Gray, TN 37615-0181
4422801      Gateway Credit Card Plan,    PO Box 9025,    Des Moines, IA 50368
4422803     +Hudson & Keyse LLC,    The Debt Recovery Centre,    382 Blackbrook Rd,    Painesville, OH 44077-1294
4422804    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: IRS - Special Procedures,    P O Box 21126,    Philadelphia PA 19114)
4499482     +Long Beach Mortgage Company,    19850 Plummer St.,    Mail Stop N 07 02 06,
              Chatswirth, CA 91311-5652
4422807    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: NCO Financial Systems,    PO Box 41457,    Philadelphia, PA 19101)
4422806     +Masterguard,    PO Box 610,    Germantown, WI 53022-0610
4422808     +NCO Financial Systems,    507 Prudential Rd,    Horsham, PA 19044-2368
4474812    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk, VA  23541)
4422809     +Risk Management Alternatives,    PO Box 105044,    Atlanta, GA 30348-5044
4422810     +Sears,    PO Box 105486,    Atlanta, GA 30348-5486
4422811      Sears,    PO Box 182532,    Columbus, OH 43218
4422812     +Sears,    Payment Center,    PO Box 182156,    Columbus, OH 43218-2156
4422814      State Comptroller,    Capitol Station,    Austin TX 78711
4422816     +Walmart,    PO Box 52195,    Phoenix, AZ 85072-2195
4422819     +Washington Mutual,    PO Box 78037,    Phoenix, AZ 85062-8037
4422818      Washington Mutual,    PO Box 2441,    Mailstop N010207,    Chatsworth, CA 91313
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4520966     +E-mail/PDF: BNCEmails@blinellc.com Apr 21 2011 01:18:56     B-Line, LLC/Creditrust SPV 99-2, LLC,
              CITIBANK,    Mail Stop 550,    2101 Fourth Ave., Suite 1030,    Seattle, WA 98121-2317
4422797     +E-mail/Text: data_processing@fin-rec.com Apr 21 2011 00:04:11     Financial Recovery Services,
              PO Box 385908,    Minneapolis, MN 55438-5908
4530444      E-mail/Text: resurgentbknotifications@resurgent.com Apr 21 2011 00:01:26
              LVNV Funding LLC., its successors and assigns, as,    Resurgent Capital Services,
              P.O. Box 10587,    Greenville, SC 29603-0587
4422805      E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2011 01:20:07     Lowes/MBGA,    PO Box 103065,
              Rosewell, GA 30076
5021353      E-mail/PDF: BNCEmails@blinellc.com Apr 21 2011 01:18:56     Roundup Funding, LLC,    MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
4422813     +E-mail/Text: resurgentbknotifications@resurgent.com Apr 21 2011 00:01:26     Sherman Acquisition,
              PO Box 740281,    Houston, TX 77274-0281
4422815     +E-mail/Text: redpacer@twc.state.tx.us Apr 21 2011 00:02:56     Texas Workforce,    TWC Bldg.,
              Austin TX 78778-0001
4422817     +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2011 01:20:07     Walmart,    PO Box 960023,
              Orlando, FL 32896-0023
                                                                                              TOTAL: 8
```

```
District/off: 0540-6          User: handv              Page 2 of 2              Date Rcvd: Apr 20, 2011
                              Form ID: 810             Total Noticed: 48

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Long Beach Mortgage Company
cr*         Roundup Funding, LLC,   MS 550,   PO Box 91121,   Seattle, WA  98111-9221
4499483*   +Long Beach Mortgage Company,   19850 Plummer St.,   Mail Stop N 07 02 06,
            Chatswirth, CA 91311-5652
intp       ##+Theresa Jane Robinson,   656 CR 3120,   Quitman, TX 75783-5127
                                                                         TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2011**                    **Signature:**  *Joseph Speetjens*